

NUMBER 13-19-00421-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF G. A. L., A CHILD

On appeal from the 148th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa**

Appellant, Gonzalo Conde Leal, appeals the trial court's order in a suit affecting the parent-child relationship entered by the 148th District Court of Nueces County, Texas in cause number 2019-FAM-3070-A. On August 30, 2019, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(d), 9.5(e), 25.1(d),(e). *See* TEX. R. APP. P. 9.5(e), 25.1(d),(e). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice. On October 2, 2019, the Clerk notified appellant

that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days. Appellant has not responded to the notice from the Clerk or corrected the defect.

On September 16, 2019, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* R. 42.3(b),(c).

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See id*. R. 42.3(b),(c). Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED for want of prosecution and failure to comply with a notice from the Court. *See id.*

LETICIA HINOJOSA
Justice

Delivered and filed the
14th day of November, 2019.